```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARLON BERNIER, WILFREDO RAMOS,                             :
CARLOS SIERRA and JOSE FRANCISCO                            :
LABORIEL, individually and on behalf of                     :
others similarly situated,                                  :       23-CV-761 (VSB)
                                                            :
                                Plaintiffs,                 :       ORDER
                                                            :
                -against-                                   :
                                                            :
GARD RECYCLING, INC., DRC GROUP,                            :
INC., BEVERAGE CONTAINER                                    :
RECYCLING CORPORATION, GUASTAVO                             :
RODRIGUEZ and ALEX DOLJANSKY,                               :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiffs filed this action on January 30, 2023, (Doc. 1), and filed affidavits of service on February 7, 2023, (Docs. 6–8).  The deadline for Defendants to respond to Plaintiffs' complaint was February 27, 2023.  (*See* Docs. 6–8.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 14, 2023.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 28, 2023
             New York, New York

                                                                            VERNON S. BRODERICK
                                                                           United States District Judge