# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  6/11/2024

Re:   Bernier et al. v. Gard Recycling, Inc. et al.,
        Case No.: 23-CV-761 (VSB)

Dear Judge Broderick:

This firm represents Plaintiffs in the above-referenced matter. We write to advise the Court that although the parties had previously reached a settlement, Defendants late last week advised Plaintiffs that they are backing out of the deal and are not proceeding with executing the paperwork. Instead, Defendants proposed a sharply reduced offer that Plaintiffs rejected. Plaintiffs are considering moving to enforce the settlement. However, because Plaintiffs first learned that Defendants are rejecting the settlement late last week and because I observe the Jewish holiday this week, Plaintiffs respectfully request until June 20, 2024 to advise the Court if they intend to move to enforce the settlement or instead will be proceeding with discovery.

We thank the Court for its consideration of this letter.

Respectfully submitted,

-----------/s/------------------------
Michael Taubenfeld