```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARLON BERNIER, WILFREDO RAMOS,                            :
CARLOS SIERRA, and JOSE FRANCISCO                          :
LABORIEL, individually and on behalf of                    :
others similarly situated,                                 :         23-CV-761 (VSB)
                                                           :
                              Plaintiffs,                  :         ORDER
                                                           :
                  -against-                                :
                                                           :
                                                           :
GARD RECYCLING, INC., et al.,                              :
                                                           :
                              Defendants.                  :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On June 10, 2024, Plaintiffs filed a letter, which I endorsed, requesting until June 20, 2024 to inform me as to whether they intend to move to enforce the settlement or proceed with discovery in this action. (Docs. 40 & 41.) To date, Plaintiffs have failed to provide any such update. Accordingly, it is hereby:

ORDERED that Plaintiffs shall inform me by July 1, 2024 whether they intend to move to enforce the settlement or proceed with discovery in this action.

SO ORDERED.

Dated: June 24, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge