UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                             :

MARLON BERNIER, WILFREDO RAMOS,  :
CARLOS SIERRA, and JOSE FRANCISCO  :
LABORIEL, *individually and on behalf of*  :
*others similarly situated*,               :         23-CV-761 (VSB)
                             :

                Plaintiffs,   :          **ORDER**
                             :

           -against-       :

                             :

GARD RECYCLING, INC., et al.,      :

                             :

            Defendants.  :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' proposed case management plan filed on July 16, 2024.

(Doc. 47.)  The proposed case management plan as filed does not provide dates for all subparts

of question 8.  The parties are instructed to complete the entire proposed case management plan

form, excluding the portions that explicitly say they are "to be completed by the Court."  The

parties shall submit an amended proposed case management plan on or before July 24, 2024.

SO ORDERED.

Dated: July 17, 2024
      New York, New York

                                _____
                                Vernon S. Broderick
                                United States District Judge