FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

January 3, 2025

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    Bernier et al. v. Gard Recycling, Inc. et al.,
                  Case No.: 23-CV-761 (VSB)

Dear Judge Broderick:

      This firm represents Plaintiffs in the above-referenced matter. We write to request an extension of the deadline to file the joint letter until January 8, 2025. The reason for the request is that I do not have the contact information for the individual Defendants Guastavo Rodriguez and Alex Doljansky and expect to get it on Monday from their former counsel. We will then endeavor to submit the joint letter by Wednesday prior to the January 10, 2025 conference date, which Plaintiffs anticipate will include a request for the extension of discovery.

      We thank the Court for its consideration of this letter.

Respectfully submitted,

-----------/s/------------------------
Michael Taubenfeld

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: January 3, 2025

The parties shall submit their joint letter on or before January 10, 2025. For any extension requests in the future, the parties are reminded to refer to Rule 1.G of my Individual Rules & Practices in Civil Cases, which requires extension requests to "be made at least 48 hours prior to the original due date" absent an emergency.

The post-discovery conference currently scheduled for January 10, 2025 at 2:00 P.M. is adjourned until January 17, 2025 at 11:00 A.M. The dial-in for telephonic conferences is 1-855-244-8681, and the access code is 2309 3085 835. There is no attendee ID.