**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.**

# FISHER | TAUBENFELD LLP

Date: April 24, 2025

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 23, 2025

**VIA ECF**
Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        **Re:**    Bernier et al. v. Gard Recycling, Inc. et al.,
              Case No.: 23-CV-761 (VSB)

Dear Judge Broderick:

      We represent Plaintiffs in the above matter. We write to respectfully request that the Court adjourn Plaintiffs' deadline to move for a default judgment for two weeks to May 9, 2025. This is the second request of this kind. The reason for the request is that we are drafting the motion but need additional time to finish it. We therefore respectfully request that the Court adjourn the deadline to May 9, 2025.

      Thank you for your attention to this matter.

                              Respectfully Submitted,

                              /s/

                              Michael Taubenfeld

Cc: Alex Doljansky and Gustavo Rodriguez (via email at gardrecycling@optonline.net)