# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 7, 2025

**VIA ECF**
Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**   Bernier et al. v. Gard Recycling, Inc. et al.,
            Case No.: 23-CV-761 (VSB)

Dear Judge Broderick:

      We represent Plaintiffs in the above matter. We write to respectfully request that the Court adjourn Plaintiffs' deadline to move for a default judgment for two weeks to May 23, 2025. This is the third request of this kind. The reason for the request is that undersigned counsel needs additional time to review and finalize the moving documents together with the four plaintiffs in this matter. We therefore respectfully request that the Court adjourn the deadline to May 23, 2025.

      Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Taubenfeld

Cc: Alex Doljansky and Gustavo Rodriguez (via email at gardrecycling@optonline.net)

APPLICATION GRANTED
SO ORDERED _[signature]_
VERNON S. BRODERICK
U.S.D.J.

Date: May 8, 2025