# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 21, 2025

**VIA ECF**

Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     **Re:** Bernier et al. v. Gard Recycling, Inc. et al.,
        Case No.: 23-CV-761 (VSB)

Dear Judge Broderick:

  We represent Plaintiffs in the above matter. We write to respectfully request that the Court grant Plaintiffs one additional week, until May 30, 2025, to finalize their motion for default judgment. Plaintiffs obtained Clerk's Certificates of Default for each Defendant on May 21, 2025, and expect to finalize the moving documents by the proposed deadline. We therefore respectfully request that the Court adjourn the deadline to May 30, 2025.

  Thank you for your attention to this matter.

               Respectfully Submitted,

               /s/

               Michael Taubenfeld

APPLICATION GRANTED
SO ORDERED /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.

Date: May 22, 2025

This is Plaintiffs' fourth request for an extension of time to move for default judgment. This will be the last time I grant an extension.