UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLON BERNIER, WILFREDO RAMOS, CARLOS SIERRA and JOSE FRANCISCO LABORIEL, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>GARD RECYCLING, INC., DRC GROUP, INC., BEVERAGE CONTAINER RECYCLING CORPORATION, GUASTAVO RODRIGUEZ and ALEX DOLJANSKY,<br><br>       Defendants. | Case No.: 1:23-CV-00761(VSB)<br><br>**DECLARATION IN SUPPORT OF DEFAULT JUDGMENT** |

  WHEREAS, Plaintiffs filed a motion for default judgment as to liability and damages on May 30, 2025;

  WHEREAS, the Court granted Plaintiffs' motion on _____;

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is hereby

  ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiffs MARLON BERNIER, WILFREDO RAMOS, CARLOS SIERRA and JOSE FRANCISCO LABORIEL against Defendants GARD RECYCLING, INC., DRC GROUP, INC., BEVERAGE CONTAINER RECYCLING CORPORATION, GUASTAVO RODRIGUEZ and ALEX DOLJANSKY jointly and severally in the following amounts:

**As to Plaintiff MARLON BERNIER:**

(1) Under Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $18,975.00 for unpaid overtime wages;

(2) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $18,975.00 for liquidated damages;

(3) Under New York Labor Law § 198 in the amount of $10,000.00 for New York Labor Law § 195 damages;

(4) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $5,260.32 for prejudgment interest on wage claims;

(5) Under the Fair Labor Standards Act 29 U.S.C. §§ 201 *et seq.* and New York Labor Law § 215 in the amount of $95,002.44 for back pay damages as to retaliation claims;

(6) Under New York Labor Law § 215 in the amount of $20,000.00 in liquidated damages for back pay damages as to retaliation claims;

(7) Under New York Labor Law § 215 in the amount of $50,000.00 in emotional distress damage as to retaliation claims;

(8) Under New York Labor Law § 215 in the amount of $21,836.76 for prejudgment interest as to retaliation claims;

**As to Plaintiff WILFREDO RAMOS:**

(9) Under Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $19,421.46 for unpaid overtime wages;

(10) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $22,816.04 for unpaid minimum wages;

(11) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $42,237.50 for liquidated damages;

(12) Under New York Labor Law § 198 in the amount of $10,000.00 for New York Labor Law § 195 damages;

(13) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $15,667.05 for prejudgment interest;

**As to Plaintiff CARLOS SIERRA:**

(14) Under Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $90,336.00 for unpaid overtime wages;

(15) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $90,336.00 for liquidated damages;

(16) Under New York Labor Law § 198 in the amount of $10,000.00 for New York Labor Law § 195 damages;

(17) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $29,084.62 for prejudgment interest;

**As to Plaintiff JOSE FRANCISCO LABORIEL:**

(18) Under Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $62,100.00 for unpaid overtime wages;

(19) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $77,625.00 for unpaid minimum wages;

(20) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $139,725.00 for liquidated damages;

(21) Under New York Labor Law § 198 in the amount of $10,000.00 for New York Labor Law § 195 damages;

(22) Under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* in the amount of $71,012.45 for prejudgment interest;

IT IS FURTHER ORDERED and ADJUDGED under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* that all Plaintiffs, jointly and severally, shall receive attorneys' fees totaling $17,845.00 and costs totaling $1,407.00.

IT IS FURTHER ORDERED and ADJUDGED if any amounts under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* remain unpaid to Plaintiffs upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment to Plaintiffs under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* shall automatically increase by fifteen percent to the following:

(1) To Plaintiff MARLON BERNIER in the amount of $53,210.32;

(2) To Plaintiff WILFREDO RAMOS in the amount of $126,663.36;

(3) To Plaintiff CARLOS SIERRA in the amount of $252,720.113;

(4) To Plaintiff JOSE FRANCISCO LABORIEL in the amount of $414,531.82; and

(5) To all Plaintiffs $22,139.8 in attorneys' fees and costs.

    IT IS FURTHER ORDERED and ADJUDGED that Defendants GARD RECYCLING, INC., DRC GROUP, INC., BEVERAGE CONTAINER RECYCLING CORPORATION, GUASTAVO RODRIGUEZ and ALEX DOLJANSKY are liable to Plaintiffs MARLON BERNIER, WILFREDO RAMOS, CARLOS SIERRA and JOSE FRANCISCO LABORIEL for post-judgment interest at the rate specified in 28 U.S.C. § 1961, accruing from the date of entry of this judgment until the judgment is satisfied.

Dated: _____

New York, NY

                                                  _____
                                                  Hon. Vernon Broderick
                                                  United States District Judge