APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.

Date: June 6, 2025

# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 5, 2025

**VIA ECF**
Vernon S. Broderick, United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:** Bernier et al. v. Gard Recycling, Inc. et al.,
           Case No.: 23-CV-761 (VSB)

Dear Judge Broderick:

    We represent Plaintiffs in the above matter. Plaintiffs respectfully request a *nunc pro tunc* extension of one business day, from May 30, 2025 to June 2, 2025, to file the declarations of Plaintiff Carlos Sierra and Jose Francisco Laboriel in support of Plaintiffs' motion for a default judgment. Plaintiffs timely filed on May 30, 2025 their motion and the supporting papers except Plaintiffs inadvertently failed to file Plaintiff Sierra's declaration and filed an unexecuted version of Plaintiff Laboriel's declaration because Plaintiff Laboriel had not yet signed his declaration. After Plaintiff Laboriel provided to my office his signed declaration, Plaintiffs filed Plaintiffs Laboriel and Sierra's declarations. Accordingly, Plaintiffs respectfully request this brief extension nunc pro tunc to file Plaintiffs Laboriel and Sierra's declarations.

    Thank you for your attention to this matter.

                                                            Respectfully Submitted,

                                                             /s/

                                                             Michael Taubenfeld