UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    :
MARLON BERNIER, *et al.*,    :
    :
                      Plaintiffs,  :
    :    23-CV-761 (VSB)
          -against-  :
    :    **ORDER**
GARD RECYCLING, INC., *et al.*,  :
    :
                    Defendants.  :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

       I held a telephonic show-cause hearing in this matter on July 2, 2025 at 11:00 a.m. Defendants failed to appear at the hearing. In accordance with my comments at the hearing, it is hereby:

       ORDERED that default judgment is entered against Defendants as to liability on all of Plaintiffs' claims under the Fair Labor Standards Act and the New York Labor Law.

       IT IS FURTHER ORDERED that this action be referred to Magistrate Judge Sarah Netburn for an inquest into damages.

       The Clerk of Court is respectfully directed to terminate Document 85.

SO ORDERED.

Dated:    July 2, 2025
           New York, New York

                                                                VERNON S. BRODERICK
                                                                 United States District Judge