UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARLON BERNIER, et al.,

                         **Plaintiffs,**                        23-CV-0761 (VSB)(SN)

-against-                        **ORDER**

GARD RECYCLING, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 22, 2025, Plaintiffs filed Proposed Findings of Fact and Conclusions of Law. ECF No. 106. The Court previously ordered that Plaintiffs serve a copy of the filing on Defendants and submit a certificate of service. ECF No. 101. Plaintiffs did not include a certificate of service with the August 22, 2025 filing. Accordingly, Plaintiffs shall file proof of service no later than August 29, 2025.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      August 25, 2025
                   New York, New York