UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLON BERNIER, WILFREDO RAMOS, CARLOS SIERRA, AND JOSE FRANCISCO LABORIEL, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

Plaintiff,

-against-

GARD RECYCLING, INC., ET AL.,

Defendants.

23 CIVIL 0761 (VSB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated October 6, 2026, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
October 8, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**